PROB 12A
(7/93)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
OCT 07 2005
JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Report on Offender Under Supervision
(No Action Requested)

Name of Offender: Paul White Eagle Frank            Case Number: 2:01CR02018-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 6/7/2001                 Type of Supervision: Supervised Release
    Revocation Date: 8/13/2003

Original Offense: False Statement,                  Date Supervision Commenced: 3/5/2004
    18 U.S.C. § 1001(a)(2)

Original Sentence: Probation - 36 Months            Date Supervision Expires: 2/7/2007
Revocation Sentence: Supervised Release - 24 Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On July 22, 2004, the defendant pled guilty to vehicular assault cause number 03-1-01138-5.<br><br>On November 29, 2002, the Washington State Patrol responded to an automobile accident that had occurred at the intersection of State Route 97 and South Wapato Road in Wapato, Washington. Upon arrival at the scene, the trooper was advised five persons were transported to the hospital from the scene and were considered to be in critical condition. Further investigation revealed Mr. Frank was the driver of one of the vehicles, the vehicle that ran the traffic light.<br><br>At the hospital, it was determined Mr. Frank had a blood alcohol level of .21 percent. |
| 2 | **Special Condition #1**: The defendant shall not consume alcohol or other unlawful substances and submit to testing including urinalysis and Breathalyzer as directed by the supervising probation officer in order to confirm your continued abstinence from this substance.<br><br>**Supporting Evidence**: On March 29, 2005, the defendant submitted to a Breathalyzer at the Washington State Department of Corrections (DOC), to which the reading was at .093 percent. Mr. Frank served 10 days jail for the use of alcohol. |

**U.S. Probation Officer Action:**

On August 13, 2003, the Court revoked Mr. Frank's probation for having committed another local crime on February 28, 2003, having consumed alcohol on April 3, 2003, failing to report to the probation office on April 11, 2003, failing to submit to urinalysis testing on June 19, 2003, and failing to submit a monthly report on July 3, 2003. Mr. Frank was sentenced to 7 months incarceration, to be followed by 24 months of supervised release.

On March 5, 2004, the defendant was released from the Bureau of Prison, at which time his term of supervised release commenced. On March 8, 2004, it was discovered there was an active warrant for the defendant and on that date, the warrant was served and Mr. Frank was placed in custody. On July 22, 2004, the defendant pled guilty to vehicular assault in Yakima County Superior Court, and was sentenced to 16 months imprisonment.

On February 10, 2005, Mr. Frank served his state sentence and was placed on community supervision with DOC, in addition to the Federal supervision being reactivated.

On March 29, 2005, the defendant reverted to alcohol use. Mr. Frank was referred to the Department of Social and Health Services to apply for ADATSA funding for inpatient treatment. While waiting for a bed date, the defendant was attending stabilization group at Triumph Treatment Services in Yakima, Washington. On June 3, 2005, Mr. Frank entered a 90-day drug and alcohol treatment program at the Thunderbird Treatment Center in Seattle, Washington.

On August 30, 2005, the defendant successfully completed the inpatient drug and alcohol program. While Mr. Frank was participating in the aftercare portion of the program, he made a transition back to the community, and is now residing in Des Moines, Washington. This officer spoke with Assistant U.S. Attorney Gregory Shogren and based upon the fact the defendant served 16 months in state custody, and successfully completed a drug and alcohol treatment program, the government and the probation office will not pursue charging the defendant with the violation that was not known at the time he was revoked in August 2003.

Respectfully submitted,

by Jose Zepeda
U.S. Probation Officer
Date: October 5, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

October 6, 2005
Date